OPINION OF THE COURT
 

 On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order reversed, without costs, and petition dismissed. Question certified answered in the affirmative. We agree with the dissenters below that the failure to join all of the persons elected to party office at the September 17, 1984 organizational meeting of the Liberal Party State Committee within the time required by Election Law § 16-102 (2) was a defect that could not be cured by amendment pursuant to CPLR 1003 after the expira
 
 *637
 
 tian of the limitation period
 
 (Burns v Board of Elections,
 
 65 NY2d 949;
 
 Matter of Greenspan v O’Rourke,
 
 27 NY2d 846;
 
 Matter of Suthergreen v Westall,
 
 6 AD2d 1014;
 
 see, Liberal Party of State of N. Y. v Board of Elections,
 
 65 NY2d 949).
 

 Concur: Chief Judge Wachtler and Judges Meyer, Simons, Kaye, Alexander, Titone and Hancock, Jr.